IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER McCREE, # 152266, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 1:15-CV-411-WKW |
| | ) |
| KARLA WALKER JONES, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

On April 28, 2016, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. # 19.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation of the Magistrate Judge (Doc. # 19) is ADOPTED. It is further ORDERED as follows:

1. The petition for writ of habeas corpus under 28 U.S.C. § 2241 (Doc. # 1) is DENIED; and

2. This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 8th day of June, 2016.

                                                 /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE